IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL BERGIN,<br>    Plaintiff,<br><br>    v.<br><br>TEAMSTERS LOCAL UNION NO. 77,<br>    Defendant. | CIVIL ACTION<br>NO. 10-2289 |

# ORDER

**AND NOW,** this 3rd day of February, 2011, upon review of Defendant's Motion to Dismiss [Doc. No. 2], Plaintiff's response [Doc. No. 4], and Defendant's reply [Doc. No. 8], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part. Plaintiff's due process claim is **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff's state law claim that Defendant breached its duty of fair representation is **REMANDED** to the Court of Common Pleas for Delaware County.

    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**